UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIO DOLCE,<br><br>      Plaintiff,<br><br>  v.<br><br>WILLIAM HARLOW and HUMBUG CREEK TRUCKING,<br><br>      Defendants. | Case No. 24-cv-2148-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the defendants' response (Doc. 17) to the plaintiff's motion to remand (Doc. 11) and to the Court's order to show cause why this case should not be remanded for lack of federal diversity subject matter jurisdiction (Doc. 16). In their response, the defendants agree that, in light of the plaintiff's injuries, the amount in controversy does not exceed $75,000. They consent to remand. Accordingly, the Court **GRANTS** the plaintiff's motion to remand (Doc. 11) and **DIRECTS** the Clerk of Court to **REMAND** this matter to the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois. In light of this disposition, the motion to dismiss (Doc. 10) is **DENIED without prejudice**.

**IT IS SO ORDERED.**
**DATED:  November 6, 2024**

                                                  s/ J. Phil Gilbert     `
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**